AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

NAACP, et al
*Plaintiff*
v.
Blanche, et al
*Defendant*

Case No. 1:26-cv-03626

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs .

Date: 10/16/2026

/s/ John Powers
*Attorney's signature*

John Powers (DC Bar No. 1024831)
*Printed name and bar number*

Advancement Project
1220 L Street NW
Suite 850
Washington, DC 20005
*Address*

jpowers@advancementproject.org
*E-mail address*

(202) 728-9557
*Telephone number*

(202) 728-9558
*FAX number*