**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the U.S. Department of Justice, et al.,<br><br>*Defendants*. | **Civil Action No. 1:26-cv-03626** |

**MOTION FOR ADMISSION OF ATTORNEY**
**PETER KETCHAM-COLWILL TO APPEAR *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for the admission and appearance of attorney Peter Ketcham-Colwill *pro hac vice* in this action. This motion is supported by the attached Declaration of Peter Ketcham-Colwill. As set forth in Mr. Ketcham-Colwill's declaration, he is an admitted member in good standing of the following courts and bars: the District of Columbia Bar, the Virginia Bar, and the U.S. District Court for the Western District of Texas.

This motion is sponsored and signed by John M. Powers, an active member of the Bar of this Court.

DATED: October 27, 2026

Respectfully submitted,

*/s/ John Powers*

John Powers
D.C. Bar No. 1024831
Advancement Project
1220 L Street N.W., Suite 850
Washington, D.C. 20005
Phone: (202) 728-9557
jpowers@advancementproject.org