**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,
4805 Mt. Hope Drive
Baltimore, MD 20215,

REVEREND ANDRE MILLER, NICHOLAS LITTLE, and DANIELLA PIERRE,

*Plaintiffs*,

vs.

TODD BLANCHE, in his official capacity as Attorney General of the U.S. Department of Justice
U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, D.C. 20530,

HARMEET DHILLON, in her official capacity as Assistant Attorney General of the Civil Rights Division of the U.S. Department of Justice
U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, D.C. 20530,

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, D.C. 20530

*Defendants*.

**Civil Action No. 26-3626**

**DELCARATION OF DANIELLA PIERRE**

I, Daniella Pierre, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am a U.S. citizen, over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, belief, and information.

2. I live in Miami-Dade County, Florida and I am a registered voter.

3. I was born in the United States to parents of Haitian decent.

4. I currently serve as the President of the Miami-Dade County Branch of the National Association for the Advancement of Colored People (NAACP).

5. I will vote in person for the upcoming November 3, 2026 midterm election.

6. I am a voting rights activist and I work to get out the vote on Election Day. This includes assisting community members get to polling locations, monitoring election precincts, and responding to complaints and voter concerns.

7. I have read Eric Neff's declaration dated October 28, 2026 in which he states with certainty that law enforcement personnel from several criminal agencies such as DEA and ATF will be stationed at polling places as part of the DOJ's poll monitoring.

8. I am also aware of Attorney General Blanche and Ms. Dhillon's statements alleging unfounded mass noncitizen voting, and using the DOJ to threaten criminal prosecution of voters and election officials.

9. As a person of Haitian decent, I am genuinely fearful of facing the law enforcement agents that Mr. Neff confirmed will be deployed by DOJ on Election Day to voting locations. I am aware of many instances where federal law enforcement agents have questions, detained, and even arrest U.S. Citizens that they wrongly accuse of being immigrants based on their race and ethnicity.

10. I have also seen from reporting in California that DOJ is bringing criminal legal action against voting officials for alleged noncitizen voting.

11. On Election Day, my plan is to travel throughout Miami-Dade to various polling sites, check on things such as the length of lines, safety of voters, and any other issues that are brought to my attention as the Branch President.

12. Mr. Neff also stated that DOJ is not announcing this year where they will be conducting monitoring, so I have no way to know whether to expect these law enforcement agents at my polling site.

13. I am also aware that DOJ has notified the public that there are reports of fake DOJ monitors in South Florida. This adds more fear to an already scary situation because I will not be able to tell whether a person purporting to be a DOJ monitor is actually with DOJ.

14. I have heard from NAACP members and volunteers that they are fearful of voting or assisting others to vote because of the presence of federal law enforcement officials who will

be deployed to voting precincts across Miami-Dade County on Election Day.

15. Voters and members who are Haitian, and of Haitian decent, speak Haitian Creole and members whose primary language is not English may require language assistance to vote, including members of the Miami-Dade County Branch, and they are particularly fearful that voting will result in dangerous interactions with law enforcement despite the fact that they are U.S. Citizens.

16. Specifically, the appearance of not being an English-speaking citizen raises concerns and the very real threat of having one's citizenship questioned by federal law enforcement officers when approaching voting locations to exercise the right to vote. NAACP members, voters and volunteers who, like myself, will be present and on-site at voting precincts on Election Day are fearful that federal law enforcement officers will subject them to undue scrutiny regarding their citizenship, and this fear is leading to intimidation surrounding a person's right to vote.

17. I have had to work to find additional volunteers because members and prior volunteers were concerned about federal law enforcement investigations.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on: November 1st 2026, in Miami-Dade County, Florida by

/s/ Daniella Pierre

Daniella Pierre