# EXHIBIT 3

# Logistics: Election Day

- Your team will be visiting multiple sites on Election Day.
- The length of visits will generally be an hour but could be longer if there are significant problems or the Team Lead asks you to stay.
- Your team may be asked to go an unassigned polling place (vote center) to follow up on a complaint or reported issue.
- Everyone follows the instructions of the Team Lead.

U.S. Department of Justice
Civil Rights Division