# EXHIBIT 3

# Fundamentals of monitoring

- ***"We are just here to observe and gather information."***
- We do not interfere.
- We do not tell anyone (e.g., voters, poll workers, election officials, poll watchers) what they can or cannot do.
- ***The information we learn during monitoring is confidential.***