**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,
4805 Mt. Hope Drive
Baltimore, MD 20215,

REVEREND ANDRE MILLER, NICHOLAS LITTLE, and DANIELLA PIERRE,

*Plaintiffs*,

vs.

TODD BLANCHE, in his official capacity as Attorney General of the U.S. Department of Justice
U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, D.C. 20530,

HARMEET DHILLON, in her official capacity as Assistant Attorney General of the Civil Rights Division of the U.S. Department of Justice
U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, D.C. 20530,

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, D.C. 20530

*Defendants*.

**Civil Action No. 26-3626**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL FILINGS**

Plaintiffs file this response to Defendants' Supplemental Filings [19] filed on November 2, 2026 with the Court following the hearing on the Temporary Restraining Order.

In the Declaration of Mr. Neff [Doc 19-1], Mr. Neff only speaks to cross-checking of ATF volunteers. Mr. Neff's Declaration does not declare that CRT has taken any steps or

undertaken to complete any cross-checking for personnel from Bureau of Prisons nor from DEA. Further, Defendants' Supplemental Brief makes clear that any BOP officer or employee has law enforcement authority. (See Footnote)

Plaintiffs respectfully reassert our Motion for Temporary Restraining Order and issuance of the Proposed Order [14.2].

DATED: November 2, 2026

Respectfully submitted,

*<u>/s/ Max L. Meyers</u>*
Kristen Clarke*
Max L. Meyers*
Anthony Ashton
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 20215
Phone: 480-580-5777
kclarke@naacpnet.org
mmeyers@naacpnet.org
aashton@naacpnet.org

*<u>/s/ John Powers</u>*
John Powers
Hani Mirza*
Peter Ketcham-Colwill*
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington, DC 20005
Phone: 202-728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
pketchamcolwill@advancementproject.org

**Admitted Pro Hac Vice*

Kathryn Sadavasian**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.

40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
ksadavasian@naacpldf.org

Donya Khadem**
Chloe Miller**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St. N.W.

Ste. 600
Washington, DC 20005
Dkhadem@naacpldf.org
Cmiller@naacpldf.org

**Admitted Pro Hac Vice*
** *Pro Hac Vice* motion forthcoming

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2026 I, Max Meyers, filed a copy of this on ECF that transmitted a digital copy to all counsel of record.

Dated: November 2, 2026

*/s/ Max Lewis Meyers*
Max Meyers